Argued and submitted September 29, affirmed November 3, reconsideration denied December 8, 1993, petition for review denied February 1, 1994 (318 Or 350)

BRIAN E. DEWITT,
*Petitioner,*

*v.*

BOARD OF PAROLE AND
POST-PRISON SUPERVISION,
*Respondent.*

(CA A73777)

862 P2d 1316

Sally L. Avera, Public Defender, argued the cause for petitioner. With her on the brief was Lawrence J. Hall, Public Defender.

Harrison Latto, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Deits and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Petitioner seeks review of a Board of Parole and Post-Prison Supervision order that deferred his parole release date for 18 months after he violated his parole. ORS 144.335. He argues that the Board's reliance on documents not disclosed to him during a prison term hearing violates his rights under Article I, sections 10 and 11, of the Oregon Constitution, and the Sixth and Fourteenth Amendments to the United States Constitution.

We have decided the issues presented by petitioner contrary to his position. *Flowers v. Board of Parole,* 124 Or App 331, 862 P2d 1312 (1993).

Petitioner's other arguments do not require discussion.

Affirmed.